212-09
213-09

CAUSES NO. F05-72145
F05-72145

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 22 2015
COURT OF CRIMINAL
Acosta, Clerk

IN THE MATTER

OF: ALEJO TRUJILLO ESTRADA
V.
THE STATE OF TEXAS

COURT OF CRIMINAL

APPEALS, AUSTIN

TEXAS

## MOTION EXTENTION REQUEST

CAMES NOW APPLICANT IN THE ABOVE-STYLE CAUSE NUMBER RESPECTFULLY MOVE THIS COURT TO GRAND LEAVE and FILO an original COPY ONLY OF THE APPLICANT FOR EXTENTION REQUEST AS federal MOTION FOR APPEAL THAT THIS COURT RECONSIDER THE decision OF THIS Sentence, THAT TIME is Require to Prepare of briefing time Require by THE U.S. constitution in Texas constitution AS well.

THE Fact relied UPON to Show good cause for THIS REQUEST are as Follow: APPLICANT is indingent and incarcerated and does not Have access TO A PHOTO COPIER. APPLICANT IS NOT REPRESENTED BY counsel and will Present a Pro-Se File Brief AS appeal for RELIEF NEED extention a Reasonable time to Prepare Such Brief Non Later than 9-11-2015 AS require by Federal Laws. Because This Sentence violates THIS court own mandates, State Statutory mandates and United States Precedent Giving applicant "No Remedy" At Law to THE Lower court officers and Judge TRACY M. AS FRAUD TO THE court And Outgoing conspirancy on a "VOID" Judgement That THIS court DECISION Hold This court Liable as mal Practice, malice Prosecution Persuant TITLE 15-Section 1122 OF THE United State constitution To UPHold This Sovering Constitutional Liberty Protection.

WHEREFORE, PREMISE CONSIDERED THE APPLICANT Respectfully Request That THIS Honorable court Grand and File This Second original COPY OF THE APPLICANT FOR EXTENTION in THIS court.

ALEJO ESTRADA. #1500704
Jordan Unit, Pro-Se.
Alejo Estrada 06-16-15